# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

Dealer Number _____    Contract Number 32062

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| FRANCINE DENEEN GAILLARD | HAKEEM ANTWAIN COFFIEL | DICK SMITH FORD<br>7201 GARNERS FERRY RD<br>COLUMBIA, SC 29209 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2015 | KIA OPTIMA | 5XXGN4A73FG473563 | Personal, family, or household unless otherwise indicated below<br>☐ business ☐<br>☐ agricultural ☐ |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $500.00 |
|---|---|---|---|---|
| 8.35 % | $ 5003.75 | $ 17194.00 | $ 22197.75 | $ 22697.75 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 75 | 295.97 | Monthly beginning 01/27/2019 |

Or As Follows: _____

**Late Charge.** If a payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late, with a minimum charge of $7.40. The charge will not exceed $18.50 if you bought the vehicle primarily for personal, family, or household use. We may charge the maximum and minimum late charge dollar amounts as allowed by S.C. Code Ann. 37-1-109 of the South Carolina Consumer Protection Code.
**Prepayment.** If you pay early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

## ITEMIZATION OF AMOUNT FINANCED
1. Cash Price (including $ 0.00 sales tax and $ 387.00 closing fee) $ 14187.00 (1)
2. Total Downpayment =
   - Trade-in 2007 DODGE CHARGER
   - Gross Trade-In Allowance $ 500.00
   - Less Pay Off Made By Seller $ N/A
   - Equals Net Trade In $ 500.00
   - Cash N/A $ N/A
   - Other _____ $ N/A
   - (If total downpayment is negative, enter "0" and see 4J below) $ -500.00 (2)
3. Unpaid Balance of Cash Price (1 minus 2) $ 13687.00 (3)
4. Other Charges Including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts):
   - A. Cost of Optional Credit Insurance Paid to Insurance Company or Companies
     - Life $ N/A
     - Disability $ N/A $ N/A
   - B. Vendor's Single Interest Insurance Paid to Insurance Company $ N/A
   - C. Other Optional Insurance Paid to Insurance Company or Companies $ N/A
   - D. Optional Gap Contract $ 800.00
   - E. Official Fees Paid to Government Agencies
     - to SC-DMV for IMF $ 500.00
     - to N/A for N/A $ N/A
     - to N/A for N/A $ N/A
   - F. Government Taxes Not Included in Cash Price $ N/A
   - G. Government License and/or Registration Fees
     - LICENSE & REG FEES $ 70.00
   - H. Government Certificate of Title Fees $ N/A
   - I. Infrastructure Maintenance Fee $ 
   - J. Other Charges (Seller must identify who is paid and describe purpose)
     - to N/A for Prior Credit or Lease Balance $ N/A
     - to N/A for N/A $ N/A
     - to AUL RESERVE for SERV. CONT. $ 2137.00
     - to N/A for N/A $ N/A
     - to N/A for N/A $ N/A
     - to N/A for TIRE & WHEEL CARE $ N/A
     - to N/A for N/A $ N/A
     - to N/A for $ N/A
     - to N/A for N/A $ N/A
     - to N/A for N/A $ N/A
   - Total Other Charges and Amounts Paid to Others on Your Behalf $ 3507.00 (4)
5. Amount Financed (3 + 4) $ 17194.00 (5)

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below.
If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:
**Optional Credit Insurance**
☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both
Premium:
Credit Life $ N/A
Credit Disability $ N/A
Insurance Company Name N/A
N/A
Home Office Address N/A

CONSUMER CREDIT INSURANCE IS NOT REQUIRED TO OBTAIN CREDIT AND WILL NOT BE PROVIDED UNLESS YOU SIGN AND AGREE TO PAY THE ADDITIONAL COST. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**
☐ N/A N/A
Type of Insurance Term
Premium $ N/A
Insurance Company Name N/A
N/A
Home Office Address N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the optional credit insurance and other insurance checked above.

X _____ N/A _____
Buyer Signature Date

X _____ N/A _____
Co-Buyer Signature Date

☐ IF CHECKED, THE TERM OF OPTIONAL CREDIT INSURANCE IS LESS THAN THE TERM OF THIS CONTRACT, AS DESCRIBED ABOVE.

X _____ N/A _____
Buyer Signature Date

THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.

**Returned Check Charge:** You agree to pay a charge of $30.00 if any check you give us is dishonored.

**OPTION:** ☐ You pay no finance charge if the Amount Financed, Item 5, is paid in full on or before _____, Year _____. SELLER'S INITIALS _____

☐ If this box is checked, the following late charge applies to vehicles purchased primarily for business or agricultural use.
If a payment is not received in full within _____ days after it is due, you will pay a late charge of $_____ or _____ % of the part of the payment that is late, whichever is less.
If this box is not checked, the late charge in the "Federal Truth-In-Lending Disclosures" still applies.

☐ **VENDOR's SINGLE INTEREST INSURANCE (VSI insurance):** If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI is obtained. If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $ N/A and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit, to obtain certain terms of credit, or to buy the vehicle. A gap contract will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term 75 Mos. Name of Gap Contract AXIOM GAP

I want to buy a gap contract.
Buyer Signs X *Francine Gaillard*

## NO COOLING OFF PERIOD
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X *Francine Gaillard* Co-Buyer Signs X *Hakeem A Coffiel*
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
**See back for other important agreements.**

**NOTICE TO RETAIL BUYER:** Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X *Francine Gaillard* Date 12/13/18 Co-Buyer Signs X *Hakeem A Coffiel* Date 12/13/18
Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____ Address _____
Seller signs DICK SMITH FORD Date 12/13/18 X _____ Title _____

Seller assigns its interest in this contract to CAPITAL ONE AUTO FINANCE (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse  ☒ Assigned without recourse  ☐ Assigned with limited recourse

Seller DICK SMITH FORD By _____ Title _____ ORIGINAL LIENHOLDER

LAW FORM NO. 553-SC

GAILLARD_COAF_0001

## OTHER IMPORTANT AGREEMENTS

### 1. FINANCE CHARGE AND PAYMENTS
a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.
b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the Amount Financed, and to the other amounts you owe under this contract in any order the law permits.
c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.
d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.
e. **You may refinance a balloon payment.** A balloon payment is a scheduled payment that is more than twice as large as the average of your earlier scheduled payments. If you are buying the vehicle primarily for personal, family, or household use, you may refinance the balloon payment when due without penalty. The terms of the refinancing will be no less favorable to you than the terms of this contract. This provision does not apply if we adjusted your payment schedule to your seasonal or irregular income.

### 2. YOUR OTHER PROMISES TO US
a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.
b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.
c. **Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service, or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.
d. **Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on the front of this contract.
If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.
e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

### 3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES
a. **You may owe late charges.** You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.
b. **You may have to pay all you owe at once.** If you break your promises (default) we may demand that you pay all you owe at once after we give you any notice the law requires.
Default means:
- You do not make any payment when due; or
- You start a proceeding in bankruptcy or one is started against you or your property; you give false, incomplete, or misleading information on a credit application; or you break any agreements in this contract; except that if you bought the vehicle primarily for personal, family, or household use, we will only treat these events as defaults if they significantly impair the prospect of payment, performance, or realization of the collateral.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.
c. **You may have to pay collection costs.** If we hire an attorney who is not our salaried employee to collect what you owe, you will pay the attorney's reasonable fee and court costs as the law allows. The maximum attorney's fee you will pay will be 15% of the amount you owe. You will also pay the reasonable expenses we incur in realizing on our security interest as the law allows.
d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you after we give you any notice the law requires. We may only take the vehicle if we do so peacefully without entering into a dwelling used as a current residence. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.
e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.
f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney's fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us, unless the law provides otherwise. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest rate permitted by applicable law.
g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

### 4. WARRANTIES SELLER DISCLAIMS
Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.
This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

### 5. Used Car Buyers Guide.
The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
**Spanish Translation:** Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

### 6. SERVICING AND COLLECTION CONTACTS
You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

### 7. APPLICABLE LAW
Federal law and the law of the state of our address shown on the front of this contract apply to this contract.

---

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Form No. 553-SC 8/18

GAILLARD_COAF_0002

Page 1 of 2

DT ID: 882963 - - Lender ID: 31789


159938661RSC

## Capital One Application Status

### Customer Information

| Applicant Name: | Gaillard, Francine |
|---|---|
| Co Applicant Name: | Coffeil, Hakeem |
| APP ID: | 159938661 |
| App Income: | |
| Co-App Income: | |
| Total Income: | |
| Status: | Counteroffer |
| eContract Status: | Available |
| Approval Date: | 12/13/2018 |
| Approval Expiration: | 01/12/2019 |

### Vehicle Information

| N/U/D-Year: | Used 2015 |
|---|---|
| Make: | KIA |
| Model: | OPTIMA |
| Trim: | 4DR SDN EX |
| VIN #: | 5XXGN4A73FG473563 |
| Mileage: | 33978 |
| Book / Invoice: | $14,250.00 |

### Financing Information

| Approved Product: | Retail |
|---|---|
| Tier Level: | Tier 2 -EX |
| Term: | 75 |
| Amount Countered: | $17,224.00 |
| Total Dealer Fee: | $95.00 |
| Buy Rate: | 6.35% |
| Max Participation: | 2.00% |

*Customer APR cannot exceed lower of state limit or 24.99%.

### Approved Structure

| Sales Price: | $13,800.00 |
|---|---|
| Doc Fee: | $387.00 |
| Front End Products: | $0.00 |
| Cash down: | $0.00 |
| Trade: | $500.00 |
| Rebate: | $0.00 |
| Approved Front End: | $13,687.00 |
| Approved FE %: | 96.05% |
| TT&L: | $600.00 |
| Warranty: | $2,137.00 |
| GAP: | $800.00 |
| Credit Life: | $0.00 |
| Accident/Health: | $0.00 |
| Approved ATF: | $17,224.00 |
| Approved LTV %: | 120.87% |

Click here to update directly in Dealer Navigator

### Stipulations

| Vehicle must be for personal use. Contracts indicating use for any other purpose will be returned. |
|---|
| POI not required based on current deal structure. Requirement may change if deal structure changes |

### Comments From Credit Analyst

| 12/13/2018 17:55:09 | We have looked at your exception request and provided a response. If you have any questions please call your RM. |
|---|---|
| 12/13/2018 18:00:23 | HEY LEE, PLEASE GIVE ME A CALL. JUST NEED TO GO OVER THE STRUCTURE WE TALKED ABOUT WITH THE BUY DOWN. THANK YOU - K. Treminio |
| 12/17/2018 17:14:25 | We have looked at your exception request and provided a response. If you have any questions please call your RM. |

### Standard Comments

https://www.dealertrack.com/FNI4/PrintBarCode/print_app_details.aspx?BarcodeText=1...   12/17/2018

**GAILLARD_COAF_0003**

FOR THIS APPLICATION:
Submitted deal structure meets COAF approval criteria.
Buy rate and/or fee is subject to change if trade is removed
Exception applies for current structure only. Call RM with structure changes
Max Allowable Amount to Finance is $40,000
Max Allowable Loan to Value is 125.0%
Max Allowable Maintenance is $2,000

### Bureau Information

| Equifax | Experian |
| --- | --- |
|  |  |

Use invoice or trade-in value for book value. Kelly Blue Book limited to AZ, CA, CO, ID, MT, NM, NV, OR, UT, WA and WY.

All approvals are subject to verification. Contract purchase is subject to satisfaction of stipulations and receipt of all required documentation as specified in Capital One Auto Finance program guidelines.

All deals must be received and funded within 30 days from the date of the original Approval.

### Analyst Information for App ID 159938661

| Relationship Manager: Leann Colson | Ph :(888)396-2623 Ext: 5614, Fax: (888)722-5186 |
| --- | --- |
| Funding Manager: Michelle Mohammad | Ph :(800)945-9875 Ext: 5621, Fax: (888)722-5186 |

DEAL #: 32062

**DICK SMITH FORD**
Dick Smith Ford, Inc.
7201 Garners Ferry Rd., Columbia, SC 29209
803-254-4000 • 800-922-6218

PHONE NO: (803)576-3245
SOLD TO: FRANCINE DENEEN GAILLARD
         HAKEEM ANTWAIN COFFIEL
ADDRESS:

| NEW/USED | YEAR | MAKE | MODEL | BODY STYLE |
|---|---|---|---|---|
| USED | 2015 | KIA | OPTIMA | SD |

SERIAL NUMBER: 5XXGN4A73FG473563    MILES: 33978

SALESMAN NO. 1377  TRUETT, DOUG

INSURANCE COVERAGE/LIEN INFORMATION
COMPANY:
AGENT:                    PH. NO.
ADDRESS:                  POLICY
POLICY NO.                DATES FR: ___ 20 ___, TO ___ 20 ___
LIEN: CAPITAL ONE AUTO FINANCE
TO:   PO BOX 660068        SACRAMENTO CA 95866

DESCRIPTION

**CONTRACT DISCLOSURE STATEMENT**
THE INFORMATION YOU SEE ON THE WINDOW FORM (BUYERS GUIDE) FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRACT PROVISIONS IN THE CONTRACT OF SALE

PURCHASER'S SIGNATURE: /s/ Ndeen G Coffiel
ACCEPTED BY: Dick Smith Ford, Inc.

"AS IS"
The only warranties, if any, applying to this vehicle are those offered by the manufacturer. The selling dealer hereby expressly disclaims all warranties, either express or implied, including any implied warranties of merchantability of fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this vehicle. Buyer shall not be entitled to recover from the selling dealer any consequential damages, damages to property, damages for loss of use, loss of time, loss of profits, or income, or any other incidental damages.

Buyer's Signature X _____

WHITE - OFFICE COPY    YELLOW - CUSTOMER COPY    PINK - BANK COPY    GOLD - FILE COPY

| DATE | STOCK # | INVOICE NO. | CUSTOMER # | KEY |
|---|---|---|---|---|
| 12/13/18 | TN6516A | 32902 | 259468 | 1 |

| DESCRIPTION | COST | ACCT. NO. | SALE | KEY |
|---|---|---|---|---|
| OPTIMA | | | 13800.00 | - |
| | | | | |
| TOTAL SALES PRICE | | | 13800.00 | - |
| CAR DEAL NO. | 32062 | ← | | |
| | | TOTAL SALES PRICE | 13800.00 | |
| LICENSE & TITLE | | 30500 | 57.50 | - |
| ELECTRONIC FILING FEE | | 30500 | 12.50 | - |
| SALES TAX     IMF | | 32400 | 500.00 | - |
| | | | 0 | |
| | TOTAL CASH PRICE | | 14370.00 | |
| AXION GAP | | | 800.00 | - |
| FIRST EXTENDE | | | 2137.00 | - |
| ADVANCED PROT | | | 0 | - |
| SIMONIZ PROSE | | | 0 | - |
| FIRST PLACE F | | | 0 | |
| DOC FEE | | 80300 | 387.00 | - |
| FINANCE CHARGES | | | 5003.75 | - |
| | TOTAL TIME PRICE | | 22697.75 | |
| DEPOSIT - CR # | | 22500 | | 0 |
| CASH ON DELIVERY - CR # | | 22500 | | 0 + |
| ACCTS. REC. | | 22000 | | 0 + |
| REBATE | | 22104 | | 0 + |
| PAY OFF: | | 30300 | | 0 |
| USED CAR ALLOWANCE | | | 500.00 | |
| NET DIFFERENCE   TO | | | 500.00 | |
| PAYMENTS | | | | |
| MONTHS  DOLLARS | | | | |
| 75      295.97/MONTH | | | 22197.75 | |
| CAPITAL ONE AUTO FI TOTAL | | | | |
| FINANCE CONTRACT | | 20500 | 17194.00 | |
| DEFERRED PRICE | | | 22697.75 | |
| | | | + | |
| | | | - | |
| | | | + | |
| | | | + | |
| | | | - | |
| STOCK NO. | TN6516B | 23700 | | + |

**USED CAR TRADED #1**

| YEAR | MAKE | MODEL | SERIAL # |
|---|---|---|---|
| 2007 | DODGE | CHARGER | 2B3KA43R27H671054 |

| STOCK NO. | | | 23700 | + |

**USED CAR TRADED #2**

| YEAR | MAKE | MODEL | SERIAL # |
|---|---|---|---|
| | | | |

**DICK SMITH FORD**    *Thank You for this opportunity to be of service*    **DICK SMITH FORD**

GAILLARD_COAF_0010