# AXIOM PRODUCT ADMINISTRATION

# GUARANTEED ASSET PROTECTION

## Declaration Page

GAP125A02705

The **Addendum** is between the **Customer/Borrower (You** or **Your)** and the **Dealer/Creditor (We, Us,** or **Our)** or the **Financing Contracts** assignee.

### CUSTOMER / BORROWER    AGREEMENT #

| NAME (FIRST) | (LAST) | ADDRESS |
|---|---|---|
| FRANCINE/ HAKEEM | GAILLARD/ C | [redacted] |

| CITY | STATE | ZIP | CUSTOMER PHONE # | EMAIL |
|---|---|---|---|---|
| [redacted] | SC | [redacted] | [redacted] | |

### DEALER / CREDITOR

| DEALER NAME/GROUP | DEALER/ACCOUNT# |
|---|---|
| Dick Smith Ford | MOFS002 |

| ADDRESS | PHONE NUMBER |
|---|---|
| 7201 Garners Ferry Rd | 800-922-6218 |

| CITY | STATE | ZIP |
|---|---|---|
| Columbia | SC | 29209 |

### FINANCIAL INSTITUTION / LENDER

| NAME |
|---|
| CAPITAL ONE AUTO FIN |

| ADDRESS | PHONE NUMBER |
|---|---|
| PO BX 660068 | |

| CITY | STATE | ZIP |
|---|---|---|
| SACRAMENTO | CA | 95865-5587 |

### VEHICLE INFORMATION

| YEAR | MAKE | MODEL | CHARGE FOR ADDENDUM | APR % | TERM OF ADDENDUM |
|---|---|---|---|---|---|
| 2015 | KIA | OPTIMA EX | $800.00 | 8.350000 % | 75 |

| VIN | NEW/USED | MSRP / NADA | AMOUNT FINANCED | FINANCING CONTRACT INCEPTION DATE |
|---|---|---|---|---|
| 5XXGN4A73FG473563 | ☑ NEW  ☐ USED | $16,525.00 | $17,194.00 | 12/13/2018 |

### PROGRAM LIMITS

| Maximum AFVR: | Maximum Term: | Maximum Limit of Coverage: | Maximum Amount Financed Limit: | Finance Instrument |
|---|---|---|---|---|
| 125% MSRP/NADA | 96 Months | $50,000 | $125,000 | ☐ Installment Sales Contract  ☐ Lease  ☑ Loan |

☐ **Commercial $50 Surcharge** (Includes all vehicles other than those defined and excluded on reverse side and increases the Gross Vehicle Weight (GVW) to 15,000 lbs. in the Commercial Vehicle Definition.

This **Addendum** amends the **Financing Contract.** In the event of a **Constructive Total Loss** of the **Collateral**, **We** hereby agree to waive **Our** rights against **You** for the amount due under a **Qualifying Loss**. **You** will remain responsible for any past due amounts, payment extensions, or any items listed in **EXCLUSIONS**. This **Addendum** will follow the **Financing Contract** with no subrogation rights against **You**, if the **Financing Contract** is sold or assigned by **Us**.

Although not required to do so, **You** elect to purchase this **Addendum** for an additional charge which is shown above. **You** may as an alternative to purchasing this **Addendum**, be able to purchase a similar product from a company of **Your** choice. **This GAP Program is not insurance, does not take the place of insurance on the Collateral** and does not afford collision, comprehensive, or any other form of automobile insurance coverage. **You** are responsible for all communications with **Your Primary Carrier** including notice and claims. If **You** purchase this **Addendum** from **Us**, **You** understand that **We** may retain all or a portion of the charge paid by **You**.

ENROLLMENT IS AVAILABLE ONLY AT THE TIME THE **FINANCING CONTRACT** IS ORIGINALLY EXECUTED. BY **YOUR** SIGNATURE BELOW, **YOU** ACKNOWLEDGE AND AGREE THAT **YOUR** ACCEPTANCE OF THIS **ADDENDUM** IS VOLUNTARY AND IS **NOT** REQUIRED IN ORDER FOR **YOU** TO OBTAIN CREDIT, DOES **NOT** IMPACT THE CREDIT TERMS, AND HAS NO EFFECT ON THE TERMS OF THE RELATED SALE OF THE **COLLATERAL**.

The coverage under this **Addendum** may decrease over the term of **Your Financing Contract**. **You** should carefully read the front and back of this **Addendum** for additional information on conditions, limitations and exclusions that could prevent **You** from receiving the amount due under a **Qualifying Loss** attributed to a **Constructive Total Loss**. This **Addendum** has no coverage to any **Collateral** where: a) the amount financed is greater than the **Maximum Amount Financed Limit**; and/or b) the **Financing Contract** term exceeds the **Maximum Term** stated above.

By **Your** signature below, **You** acknowledge **You** have read and understand this **Addendum** and its CONDITIONS and no other verbal representations have been made to **You** that differ from these written provisions and that this **Addendum** is not an insurance policy or part of an insurance policy. **You** authorize release of **financing contract** or any other information required for processing this addendum or processing of a loss.

| CUSTOMER/BORROWER SIGNATURE | DATE | DEALER/CREDITOR | DATE |
|---|---|---|---|
| | 12/13/2018 | | 12/13/2018 |

| CO-CUSTOMER/BORROWER SIGNATURE | DATE | TITLE | DATE |
|---|---|---|---|
| | 12/13/2018 | | |

GAP-125 (9/17)    1

**GAILLARD_COAF_0129**
LZX # 15043

## DEFINITIONS

**ACTUAL CASH VALUE (ACV)** - Is the retail value of the **Collateral** on the **Date of Loss**, as listed in a national or regional guide, such as National Automobile Dealers Association (NADA) or an equivalent national or regional guide for the territory in which the **Collateral** is principally garaged.

**COLLATERAL**- Is the **Vehicle** described in the schedule of this **Addendum** and described in the **Financing Contract**.

**COMMERCIAL VEHICLE** - Is the use of the **Collateral** for commercial purposes, which includes but is not limited to: pickup and delivery service, snowplow use, company pool use, or business travel when the Vehicle is used by more than 1 driver, deliveries, service or repair calls, route work, job site activities, construction, farming, ranching, hauling, ride-sharing, emergency, taxicab, public omnibus, jitney, sightseeing conveyance, carrying goods or passengers for compensation or hire, government, police usage or if the Collateral exceeds 12,500 lbs (GVW).

**CONSTRUCTIVE TOTAL LOSS** - Is a direct and accidental loss of or damage to the **Collateral**, which meets one of these criteria: 1.) the total cost to repair the **Collateral** is greater than or equal to the **Actual Cash Value** of the **Collateral** immediately prior to the loss; or 2.) the **Customer/Borrower**'s **Primary Carrier** declares the **Collateral** a total loss ; or 3.) an Unrecovered Theft.. In the case there is no primary insurance coverage, the **Collateral** must be available for the Administrator's inspection to determine if the **Collateral** is a total loss, except in the case of unrecoverable theft.

**CUSTOMER/BORROWER** - The natural person(s) or business named in the **Financing Contract** purchasing this **Addendum** from the Dealer/Creditor.

**DATE OF LOSS** - Is the date on which the **Collateral** is reported stolen or incurs physical damage that is severe enough to constitute a **Constructive Total Loss**.

**FINANCING CONTRACT** - Is the contract which represents the financing instrument for the purchase or lease of the **Collateral**, which sets forth the terms, conditions, inception date, and expiration date of the financing instrument.

**FINANCIAL INSTITUTION/LENDER** - Is the entity to which **Your Financing Contract** is sold, assigned or transferred.

**LOAN** means **Financing Contract**.

**NET PAYOFF** - Is the amount, as of the **Date of Loss**, represented by the portion of **Your** unpaid balance according to the original payment schedule of the **Financing Contract** that is secured by the **Collateral**, subject to the following limitations: the amount does not include any unearned finance charges or **Loan**/financing charges; past due payments/skipped payments as described in the **Financing Contract**; late charges; uncollected service finance charges; refundable prepaid taxes and fees; disposition fees; termination fees; penalty fees; the recoverable portion of finance service charges or the recoverable portion of financed amounts for unearned insurance premiums or refundable charges (including, but not limited to credit life, vehicle service coverages/warranties) that are owed by **You** on the **Date of Loss**; and amounts that are added to the financing instrument balance after the inception date of the **Financing Contract**.

**QUALIFYING LOSS** - Is the difference between the **Net Payoff** and the **Primary Carrier** settlement or in the event of no **Primary Carrier**, the **Net Payoff** and the **Actual Cash Value**. The **Qualifying Loss** will not exceed the Maximum Limit of Coverage as shown in the **Addendum** schedule. If settlement by the **Primary Carrier** or the **Actual Cash Value** is greater than or equal to the outstanding balance, no **Qualifying Loss** will be afforded under this **Addendum**. **Qualifying Loss** includes the amount of the physical damage deductible on the **Primary Carrier** policy up to $1,000. In the event that there is no **Primary Carrier** coverage in effect on the **Date of Loss**, or if the **Primary Carrier** is declared insolvent, or if no proceeds are received from the **Primary Carrier** policy, the **Addendum** will only cover the difference between the **Scheduled Net Payoff** and the **Actual Cash Value** of the **Collateral** on the **Date of Loss**. If there is no Primary Carrier, the **Collateral** must be available for inspection by the Administrator (inspection will be paid by the Administrator) to determine if the **Collateral** is a **Constructive Total Loss**, except in the event of an unrecoverable theft.

**PRIMARY CARRIER** - Is the insurance company prior to the **Date of Loss** that underwrites a policy of insurance providing physical damage coverage on the **Collateral** or the insurance company that provides liability coverage to any person who has caused the **Collateral** to incur a **Constructive Total Loss**.

**SETTLEMENT DATE** - The date on which the **Primary Carrier** issues the settlement check for the **Collateral**.

**INSTALLMENT SALES CONTRACT** means **Financing Contract**.

**UNRECOVERED THEFT** - **Collateral** is stolen and not recovered within 30 days after the **Date Of Loss**.

## CONDITIONS

**1.** Concealment, Misrepresentation and fraud: This **Addendum** may not cover a **Qualifying Loss** if **You**, the **Customer/Borrower** intentionally conceal or misrepresent any material fact relating to this **Addendum**.

**2. You** are responsible for making at least the minimum payment under the terms of the **Financing Contract** for each payment due scheduled after the **Date of Loss** until the request for a **Qualifying Loss** has been processed.

**3.** Should **You** not have collectible automobile physical damage insurance on the **Date of Loss**, it is **Your** responsibility to advise the Administrator within 180 days from the **Date of Loss** and have the **Collateral** available for inspection by the Administrator (inspection will be paid by the Administrator). The Administrator will calculate the **Actual Cash Value** (ACV) of the **Collateral** immediately prior to the loss.

**4.** This coverage applies only to a **Qualifying Loss** sustained while the **Collateral** is within the United States of America (USA), its territories or possessions and Canada.

**5.** This **Addendum** will provide coverage to the **Collateral** where the Amount Financed to Value Ratio (AFVR) exceeds the Maximum AFVR stated above however, the **Addendum** will not cover the amount exceeding the Maximum AFVR.

## MITIGATION OF LOSS

**You** should do all things reasonable and practical to avoid any loss covered under this **Addendum** and to protect the **Collateral** from any further loss. **You** should also take reasonable measures to ensure that the maximum amount of **Actual Cash Value** of the **Collateral** is paid by **Your Primary Carrier**.

## QUALIFYING LOSS PROCEDURE

**QUALIFYING LOSS PROCEDURES:** In the event of a **Constructive Total Loss**, **You** must notify and provide the documents listed below to the Administrator within 180 days from the **Settlement Date** or no amount will be waived for any **Qualifying Loss**. In the event there is no **Primary Insurance**, the **Customer/Borrower** has 180 days from the **Date of Loss** to report a **Qualifying Loss**. A **Qualifying Loss** will cause this **Addendum** to terminate and be fully earned and not subject to any cancellation refund. **The GAP Addendum may not cancel or waive the entire amount owed at the time of loss**. **You** must submit the following for the Administrator to process a claim for **Your Qualifying Loss**:

**1.** a copy of the **Financing Contract** and a copy of this signed **Addendum**,
**2.** a copy of the **Financing Contract** history and pay-off as of the **Date of Loss**,
**3.** a legible copy of the police report, which must include confirmation of the **Collateral** shown on this **Addendum**.
**4.** a copy of the settlement check, **Collateral** valuation report and total loss breakdown, repair estimate and complete total loss package from **Primary Carrier** and Declarations Page issued by the **Primary Carrier**, (provided **Primary Carrier** coverage is in effect on the **Date of Loss**),
**5.** a copy of the Bill of Sale (aka Buyer's Order, Purchase **Agreement**, etc.)
**6.** verification of any other refundable amounts (including, but not limited to credit life, vehicle service coverages/warranties),
**7.** any additional or reasonable documentation requested by the Administrator. The Administrator will not be able to obtain this information for **You**.

**REPORT A QUALIFYING LOSS TO OUR ADMINISTRATOR:**
**AXIOM PRODUCT ADMINISTRATION LLC:** 8651 Hwy N, Suite 201, Lake Saint Louis, MO 63367 (844) 252-0937
Qualifying Loss Documentation Fax Number: (636) 614-0519    Email: Contact@axiomadmin.com

**GAILLARD_COAF_0130**

GAP-125 (9/17)    2

## TERMINATION OF ADDENDUM

This **Addendum** will terminate on the earlier date that one of the following events occurs: 1. the date **Your Financing Contract** is scheduled to terminate; 2. upon payment in full of the **Financing Contract**; 3. expiration of any redemption period following the repossession or surrender of the **Collateral**; 4. in the event of a **Constructive Total Loss** or theft of the **Collateral**; or 5. the date the **Financing Contract** is prepaid or the **Financing Contract** is refinanced.

## CANCELLATION AND REFUNDS

**You** have the unconditional right to cancel this optional **Addendum** for a refund/credit of the unearned portion of the charge for this **Addendum** at any time. If the **Addendum** is canceled by **You** within 30 days of the **Addendum** purchase, **You** will receive a full refund/credit of the **Addendum** cost, provided no **Constructive Total Loss** has occurred. After 30 days, **You** will receive a refund/credit of the **Addendum** cost calculated by the Pro-rata refund method, or by the refund method as may be required by state or federal law, less a $50 cancellation fee, where such cancellation fee is permitted by law. To cancel this **Addendum** and request a refund/credit, **You** must contact the **Dealer/Creditor**, in writing, at the address shown above. If the refund/credit is not received within 60 days of notice of cancellation, contact the Administrator shown below. In the event of a cancellation, the **Financial Institution/ Lender** will be named as payee on all refunds and sole payee on a repossession refund.

## EXCLUSIONS

In addition to other provisions herein, this **Addendum** does not provide coverage for a loss:
A. occurring prior to the effective date of this **Addendum**.
B. occurring prior to the **Financing Contract** inception date shown in the schedule.
C. due to confiscation of the **Collateral** by a government body or public official.
D. caused by theft, unless a police report is filed.
E. resulting from the **Collateral** being operated, used, or maintained in any race, speed contest, or other contest.
F. to the **Collateral** held as security under any wholesale, floor plan, field warehouse, or any type of financing made to a dealership or its employees.
G. to the **Collateral**, while used for **Commercial Purposes** unless Commercial Surcharge is selected on the front of this **Addendum**.
H. occurring after the **Collateral** has been repossessed by the **Financial Institution/Lender** or placed in their possession or in the possession of their employees or agents.
I. to **Collateral** with a **Financing Contract** in which the Amount Financed for **Collateral** exceeds the Maximum Amount Financed Limit shown on the front of this **Addendum** at the inception date of the **Financing Contract**.
J. to **Collateral** with a **Financing Contract** where the contract term exceeds the Maximum Term as shown on the front of this **Addendum**.
K. for any amounts deducted from the **Primary Carrier** settlement due to wear and tear, prior damage, unpaid insurance premiums, and towing and storage.
L. to the following vehicles which are excluded from coverage: Aston Martin, Bentley, Daewoo, Ferrari, Lamborghini, Lotus, Maserati, Rolls Royce.
M. attributable to other than the standard or optional equipment available from the manufacturer of the **Collateral**, including but not limited to: special carpeting, furniture, bars, audio, video, or data equipment, cooking and sleeping facilities, customized paint, flat bed, dump bed, box body or any equipment installed to overcome a physical handicap. Factory approved conversion packages and dealer installed options usually included in used car value guidebooks are not excluded.
N. to the **Collateral** with a salvage or rebuilt title at the time of sale or for which title has been changed or re-issued as salvage or rebuilt prior to the **Date of Loss**.
O. resulting directly or indirectly from any dishonest, fraudulent, criminal, or illegal act or arising from an intentional act committed by **You** or a person covered under the policy underwritten by **Your Primary Carrier**.
P. from a **Financing Contract** that does not have uniform scheduled payments after the first payment is made and/or a **Financing Contract** or **Loan** that is self-financed. The first payment must be made within 45 days of the **Financing Contract** inception date.
Q. due to war, whether or not declared, invasion, civil war, insurrection, rebellion, or revolution.
R. occurring outside the USA, its territories or possessions and Canada.

## STATE PROVISIONS

**ALABAMA:** If this **Addendum** is canceled early because of the early termination of the Financial Agreement, **You** will be entitled to any refund of the purchase price without having to request cancellation of the **Addendum**. Any cancellation refund due under this **Addendum** may be paid directly to the Lienholder, who may apply the refund as a reduction of the amount owed under the Financial Agreement, unless **You** can show that the Financial Agreement has been paid in full. The cost of this **Addendum** is not regulated and **You** should determine whether the cost of this **Addendum** is reasonable in relation to the protection afforded by this **Addendum**.

**ALASKA:** The definition of Qualifying Loss is deleted and replaced with the following: **QUALIFYING LOSS** - Is the difference between the **Net Payoff** and the **Primary Carrier** settlement or in the event of no **Primary Carrier**, the **Net Payoff** and the **Actual Cash Value**. The **Qualifying Loss** will not exceed the Maximum Limit of Coverage as shown in the **Addendum** schedule. If settlement by the **Primary Carrier** or the **Actual Cash Value** is greater than or equal to the outstanding balance, no **Qualifying Loss** will be afforded under this **Addendum**. In the event that there is no **Primary Carrier** coverage in effect on the **Date of Loss**, or if the **Primary Carrier** is declared insolvent, or if no proceeds are received from the **Primary Carrier** policy, the **Addendum** will only cover the difference between the **Scheduled Net Payoff** and the **Actual Cash Value** of the **Collateral** on the **Date of Loss**. If there is no **Primary Carrier**, the **Collateral** must be available for inspection by the Administrator (inspection will be paid by the Administrator) to determine if the **Collateral** is a **Constructive Total Loss**, except in the event of an unrecoverable theft.

**GEORGIA:** The effective date of any cancellation may be no earlier than 90 days prior to the date such written notice is received by the Dealer/Creditor.

**INDIANA:** The cancellation fees are not applicable. The sale of the GAP Waiver **Agreement** is not permitted if the amount financed, less the cost of the GAP Waiver **Agreement**, less the cost of credit insurance, and less the cost of warranties or service agreements is less than 80% of MSRP for a new vehicle or 80% of the NADA average retail value for a used vehicle. For additional information or complaints, contract: Indiana Department of Financial Institutions at 800-382-4880 or by mail to 30 South Meridian Street, Ste 300, Indianapolis, IN 46204-2759.

**KANSAS:** The cancellation fees are not applicable. The DEFINITION of **Actual Cash Value** (ACV) means the amount which it would cost to repair or replace damaged property with material of like kind and quality less allowance for physical deterioration and deprecation. The EXCLUSION section is amended by deleting P. For questions or complaints may contact the Office of the State Bank Commissioner, 700 S.W. Jackson #300, Topeka, KS 66603, (785) 296-2266 or toll free 1-877-387-8523. **GAP coverage may not cancel or waive the entire amount You owe at the time of loss**.

**LOUISIANA:** The cancellation fees are not applicable. "Payable Loss" is defined as the consumer's deficiency balance between the **Net Payoff** of the consumer's **Loan** retail **Installment Sales Contract** at the time of a loss and the amount paid by the consumer's primary insurance after a vehicle is deemed a total loss due to any direct or accidental physical damages or unrecoverable theft. EXCLUSION K is amended as follows: for any amounts deducted from the **Primary Carrier** settlement due to prior damage, wear and tear, unpaid insurance premiums, and towing and storage.

**MISSOURI:** The cancellation fees are not applicable.

GAP-125 (9/17)    3    GAILLARD_COAF_0131

**MINNESOTA: THE GAP WAIVER IS OPTIONAL. YOU DO NOT HAVE TO PURCHASE THIS PRODUCT IN ORDER TO BUY THIS MOTOR VEHICLE. YOU ALSO HAVE A LIMITED RIGHT TO CANCEL.**

**NEBRASKA:** This **Addendum** is not insurance and is not regulated by the Nebraska Department of Insurance. The Financial Institution / Lender or Administrator cannot unilaterally modify the terms of the waiver unless the modification is favorable to the borrower and is made without additional charge to the borrower, or the borrower is notified of the proposed modification and has the option to cancel the waiver without penalty.

**NEVADA:** A GAP WAIVER IS NOT A POLICY OF LIABILITY OR CASUALTY INSURANCE AND DOES NOT SATISFY THE REQUIREMENT TO MAINTAIN LIABILITY INSURANCE PURSUANT TO NRS 485.185; FAILURE TO MAKE A PAYMENT UNDER THE TERMS OF THE CONTRACT MAY VOID THIS GAP AMENDMENT.

**NEW HAMPSHIRE:** The cancellation fees are not applicable. in order for the **Customer/Borrower** to receive any refund due in the event of a **Customer/Borrower's** cancellation of the **Addendum** or early termination of the **Financing Contract** after the free look period of the **Addendum**, the **Customer/Borrower**, in accordance with terms of the **Addendum**, shall provide a written request to cancel to the creditor, administrator, or such other party. If the **Addendum** is being canceled due to the termination of the **Financing Contract**, a written notice to cancel shall be sent to the creditor, administrator, or other such party within 90 days of the occurrence of the event terminating the **Financing Contract**.

**NEW MEXICO:** The cancellation fees are not applicable.

**OREGON:** Because **You** financed the purchase of this **Addendum**, any cancellation or early termination refund due may be paid directly to the creditor or may be applied to any outstanding balance under **Your Financing Contract**. If **You** have paid **Your Financing Contract** in full, any refund owed will be paid to **You**. **You** must apply in writing to the Dealer/Creditor for any refund within 90 days of any cancellation except in instances where the cancellation is a result of the early termination of **Your Financing Contract**. The Dealer/Creditor shall cause to be made an appropriate refund pursuant to the terms of this **Addendum**. If **You** do not receive **Your** credit or refund within 60 days, please notify the administrator listed on the **Addendum**.

**PENNSYLVANIA:** A portion of the charges **You** pay for **Your** GAP coverage will be retained by the seller.

**SOUTH CAROLINA:** The cancellation fees are not applicable. The sale of this **Addendum** is not permitted if the amount financed, less the cost of this **Addendum**, less the cost of any credit insurance, and less the cost of any warranties, is less than 80% of the MSRP (new) or NADA (used). The sale of this **Addendum** is not permitted if **You**, the credit terms, including but not limited to, cash price, Motor Vehicle value or amount financed or the Motor Vehicle used as **Collateral** for the credit transaction do not qualify for or conflict with any restrictions or limitations in the Waiver conditions. THIS ADDENDUM IS NOT REQUIRED TO OBTAIN CREDIT, NOR TO OBTAIN CERTAIN TERMS OF CREDIT OR TO PURCHASE THE RELATED MOTOR VEHICLE. THIS **ADDENDUM** WILL NOT BE PROVIDED UNLESS **YOU** SIGN AND AGREE TO PAY THE ADDITIONAL COST. This **Addendum** is not insurance and does not take the place of collision, comprehensive, or any other form of insurance on the Motor Vehicle.

**TENNESSEE:** The cost of the **Addendum** is not regulated and **You** have the responsibility to determine whether the cost of the **Addendum** is reasonable in relation to the coverage afforded by this **Addendum**.

**UTAH:** The **Addendum** is subject to limited regulation by the Utah Insurance Commissioner. Complaints regarding the GAP **Addendum** may be submitted to the offices of the Utah Insurance Commissioner.

**VERMONT:** The cancellation fees are not applicable. The Dealer/Creditor must assign, sell or transfer, within 15 business days, the **Financing Contract** to a **Financial Institution/Lender** as defined in subdivision 1110(32) of Title 8 or a credit union or entity licensed under subdivision 2201(a) (1) or (3) of Title 8 or this **Addendum** is void and **You** will receive a full refund of the charges of the **Addendum**.

**WASHINGTON:** 1. Any refund of purchase price for an **Addendum** that was included in the financing of the **Collateral** may be applied by the creditor as a reduction of the overall amount owed under the **Financing Contract**, rather than applying the refund strictly to the purchase price of the **Addendum**. 2. The **Addendum** is not credit insurance, nor does it eliminate **Your** obligation to insure the **Collateral** as provided by laws of this state. Purchasing an **Addendum** does not eliminate **Your** rights and obligations under the vendor single-interest and **Collateral** protection coverage laws of this state. 3. CONDITION 1 is amended to read: This **Addendum** shall be void if any material fact(s) have been intentionally concealed or misrepresented, or in the case of fraud.

**WISCONSIN:** The Cancellation fee is not applicable. In the event the Finance **Agreement** is terminated early, **Financial Institution/Lender** will initiate the refund of the GAP **Addendum**. According to the cancellation provisions of the **Addendum**, there is no obligation on the part of the Customer to request a refund due to the early termination of the Finance **Agreement**. In the event of a cancellation, **Your Financial Institution/Lender** will be named sole payee. **You** are entitled to a full refund plus any applicable finance charges if the cancellation occurs within the first 30 days and the refund is being credited to **Your** account.