

Better Business Bureau
Serving Eastern Missouri & Southern Illinois
211 N. Broadway, Suite 2060
St. Louis, MO 63102
ph 314-645-3300
http://www.bbb.org/stlouis

4/28/2020

Francine Gaillard
222 Keystone Drive
Hopkins, SC 29061

Dear Francine Gaillard:

This message is in regard to your complaint submitted on 4/27/2020 against Axiom Product Administration. Your complaint was assigned ID 14315689.

The Better Business Bureau has received a response from the business in the above-referenced complaint case. Please review their response to your complaint and advise us of your position in the matter within 7 calendar days. If we do not hear back from you, the BBB will assume you are satisfied and will close your complaint.

Please be sure to indicate whether the business' response is satisfactory or not and how you would like to proceed in this matter.

Please note the text of your response will be publicly posted on the BBB website (BBB reserves the right to not post in accordance with BBB policy). Please do not include any personally identifiable information in your response. By submitting your response, you are representing that it is a truthful account of your experience with the business. BBB may edit your complaint to protect privacy rights and to remove inappropriate language.

If you are unable to respond using the internet, then please respond in writing to the address above or Fax to (314) 645-2666.

Sincerely,

Dispute Resolution Department
Better Business Bureau
314-645-3300
314-645-2666 Fax
bbb@stlouisbbb.org

MESSAGE FROM BUSINESS:

MRS. Gaillard you are stating that you purchased GAP to provide coverage for a total loss situation and we are providing that coverage per the terms of the GAP contract that you purchased.

We use NADA to determine the value of the vehicle at the time of loss. This is spelt out in the attached contract on page 2 "Actual Cash Value".

Unfortunately your insurance company used a vehicle comparison evaluation and also took $849.00 in condition adjustments (I have attached their evaluation for your review).

Your insurance company valued your vehicle at $10,315 and NADA (that we use per the terms of the contract) valued your vehicle at $12,700.

I do understand that you feel that your insurance company paid what they owe but Axiom has also paid what we owe towards the total loss per the terms of your contract.

I have also attached a copy of the GAP worksheet showing how we determined the GAP benefit that we paid out.

Thanks,

Axiom