**Re: Claim Message from USAA**



francine Gaillard <gaillardf@att.net>
To: USAA Claims <42lg7d42zpvb@claims.usaa.com>

gaillardf@att.n.../Sent

Apr 12 at 10:25 AM

Good morning, my point was to get the situation resolved between to two companies and fix it, but its still the same result, nothing fixed,

On Friday, April 10, 2020, 11:41:26 PM EDT, USAA Claims <42lg7d42zpvb@claims.usaa.com> wrote:

To ensure delivery to your inbox, please add 42lg7d42zpvb@claims.usaa.com to your address book.



USAA Logo

USAA SECURITY ZONE
Francine Gaillard
USAA # ending in:

### Claim Message

Dear Sergeant Gaillard,

This correspondence is regarding the following USAA claim:

USAA policyholder:    Hakeem A Coffeil
Claim number:    018613981-003

Good Afternoon,

I hope to address any concerns you have as it pertains to your total loss settlement. I did speak to the Gap company-Axion. USAA and Axiom each ran a valuation on your vehicle. Axiom uses the NADA system and USAA uses CCC, a market valuation system that is used by many insurance companies.

The CCC valuation is actually more accurate than NADA, as it compares your vehicle with other 2015 Kias in your surrounding area. It also considers factors specific to your vehicle (such as mileage and condition).

Our policy pays total losses based on Actual Cash Value; this is contractual.

The following is a breakdown of each company's figures:

USAA EVAL
BASE VEHICLE VALUE ( CCC ) : $ 11,164.00
CONDITION ADJUSTMENT: -$ 849.00 ( what we subtracted for interior
TAXES- $500.00:(Per your state guidelines, what is owed )
DEDUCTIBLE: $500.00 (what was subtracted)
TITLE/REGISTRATION FEE: 25.00

TOTAL: $ 10,340.00

AXIOM EVAL
NADA VALUE: $ 12,700.00
ADJUSTMENT : $ 1,666.82 - Difference of what was paid for value per Axiom )

PRE ACCIDENT VALUE PER CAPITAL ONE : $ 15,134.31
POST ACCIDENT AND BALANCE NOT PAID BY AXIOM : $ 2555.12 - (Your balance after USAA and AXIOM applied payments)

We have paid what we owe for your vehicle. Unfortunately, we simply use different valuation methods, each of which is acceptable in the industry. If you have further concerns about what your GAP covered, this would need to be escalated with Axiom for further review.

You may reply to this message. If you need to provide documentation, you can attach documents to your email. We can't guarantee the security of any medical, financial or other personally identifiable information sent by email.

**Email Delivery Criteria**
To ensure delivery of your email, please make sure it meets the following criteria:

- The size of the message can't exceed 30 MB.
- These attachments are supported: .bmp, .jpe, .jpeg, .jpg, .pdf, .doc, .docx, .xls and .xlsx.
- Individual attachments must not exceed 7 MB.
- Include no more than 10 attachments.
- Attachments can't be password-protected.

Sincerely,

*Dashea Madison-Jackson* (signature)

Dashea Madison-Jackson
Non-Injury Unit 5
USAA Casualty Insurance Company

[04765:037:71]