## 4.2 CAPITAL ONE AUTO FINANCE (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| **Account Number** | xxxxxxxxxxxx 1001 | **Reported Balance** | $2,297 |
| **Account Status** | CHARGE_OFF | **Debt-to-Credit Ratio** | N/A |
| **Available Credit** | | | |

### Account History

The tables below show up to 2 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | | | | | | | $15,971 | $15,783 | $15,590 | $15,399 | $15,310 | |
| 2020 | $4,246 | | $2,297 | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

#### Available Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | | | | | | | $295 | $295 | $295 | $295 | $295 | |
| 2020 | $295 | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | | | | | | | | $300 | $300 | $300 | $300 | |
| 2020 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

### High Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | | | | | | | | $17,194 | $17,194 | $17,194 | $17,194 | $17,194 |
| 2020 | $17,194 | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

### Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

### Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | | | | | | | | | | | | |
| 2020 | | $2,297 | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

### Activity Designator

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |

### Comments 1

| Date | Comment |
|---|---|
| 07/2019 | Fixed rate |
| 08/2019 | Fixed rate |
| 09/2019 | Fixed rate |

| Date | Comment |
|---|---|
| 10/2019 | Fixed rate |
| 11/2019 | Fixed rate |
| 01/2020 | Fixed rate |
| 03/2020 | Consumer disputes this account information |

## Comments 2

| Date | Comment |
|---|---|
| 02/2020 | Charged off account |

## Comments 3

| Date | Comment |
|---|---|
| 02/2020 | Fixed rate |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | CO | CO | CO | CO | CO | | | | | | | |
| 2020 | ✓ | ✓ | ✓ | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | | | | | | | | | | | | ✓ |

- ✓ Paid on Time
- **30** 30 Days Past Due
- **60** 60 Days Past Due
- **90** 90 Days Past Due
- **120** 120 Days Past Due
- **150** 150 Days Past Due
- **180** 180 Days Past Due
- **V** Voluntary Surrender
- **F** Foreclosure
- **C** Collection Account
- **CO** Charge-Off
- **B** Included in Bankruptcy
- **R** Repossession
- **TN** Too New to Rate
- No Data Available

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| **High Credit** | | **Owner** | JOINT_CONTRACTUAL_LIABILITY |
| **Credit Limit** | | **Account Type** | INSTALLMENT |
| **Terms Frequency** | MONTHLY | **Term Duration** | 7 |

Equifax     FRANCINE GAILLARD | Jul 20, 2021     Page 41 of 65

Summary | Revolving | Mortgage | **Installment** | Other | Statements | Personal Info | Inquiries | Public Records | Collections