

# Personal Credit Report for Francine D Gaillard

Report Date: 07/20/2021
Source: TransUnion

File Number: 328169040



You have been on our files since 05/01/1987

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The rating key is provided to help you understand some of the account information that could be reported. Pay Status represents the current status of accounts and indicates how you are currently paying. For accounts that have been paid and closed, sold, or transferred, Pay Status represents the last reported status of the account.

You have no Account Information reported.

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The rating key is provided to help you understand some of the account information that could be reported. Pay Status represents the current status of accounts and indicates how you are currently paying. For accounts that have been paid and closed, sold, or transferred, Pay Status represents the last reported status of the account.

**Rating Key**
Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 + days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

## Accounts with Adverse Information

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled.

**CAPITAL ONE AUTO FINANCE**
**#6207340798827****
CB DISPUTES TEAM
P O BOX 259407
PLANO, TX 75025
(800) 946-0332

| | | | | | |
|---|---|---|---|---|---|
| **Date Opened:** | 12/13/2018 | **Date Updated:** | 06/30/2021 | **Pay Status:** | >Charged Off< |
| **Responsibility:** | Joint Account | **Payment Received:** | $0 | **Terms:** | $0 per month, paid Monthly for 75 months |
| **Account Type:** | Installment Account | **Last Payment Made:** | 03/26/2020 | **Date Closed:** | 04/30/2020 |

**Loan Type:** AUTOMOBILE
**High Balance:** High balance of $17,194 from 01/2019 to 06/2021
**Estimated month and year that this item will be removed:** 12/2026

|  | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $2,297 | $2,297 | $2,297 | $2,297 | $2,297 | $2,297 | $2,297 | $2,297 | $2,297 | $2,297 |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $2,297 | $2,297 | $2,297 | $2,297 | $2,297 | $2,297 | $2,297 | $2,297 | $2,297 | $2,297 |
| Remarks | AID >PRL< | AID >PRL< | AID >PRL< | AID >PRL< | AID >PRL< | AID >PRL< | AID >PRL< | AID >PRL< | >PRL< | >PRL< |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

|  | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $2,297 | $2,297 | $2,297 | $2,297 | $2,530 | $2,555 | $4,246 | $4,246 | $15,310 | $15,203 |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $295 | $295 | $295 | $295 | $295 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $1,666 | $0 | $11,107 | $0 | $300 |
| Past Due | $2,297 | $2,297 | $2,297 | $2,297 | $2,530 | $0 | $0 | $0 | $0 | $0 |
| Remarks | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< |  |  |  |  |  |
| Rating | C/O | C/O | C/O | C/O | C/O | OK | OK | OK | OK | OK |

|  | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $15,399 | $15,590 | $15,783 | $15,971 | $16,158 | $16,346 | $16,530 | $16,717 | $16,898 | $17,090 |
| Scheduled Payment | $295 | $295 | $295 | $295 | $295 | $295 | $295 | $295 | $295 | $295 |
| Amount Paid | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 | $300 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

|  | 12/2018 |
|---|---|
| Rating | OK |

## Satisfactory Accounts

