AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Francine Gaillard, *on behalf of herself and all others similarly situated,*<br>*Plaintiff*<br>v.<br>Axiom Product Administration, LLC,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br><br>Civil Action No.  3:21-cv-02228-SAL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* __ recover from the defendant *(name)* ___ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■  the plaintiff, Francine Gaillard, on behalf of herself and all others similarly situated, take nothing of the defendant, Axiom Product Administration, LLC, as to the second cause of action, and this action is dismissed without prejudice as to that cause.

■  the plaintiff, Francine Gaillard, on behalf of all others similarly situated, take nothing of the defendant, Axiom Product Administration, LLC, as to the fourth cause of action, and this action is dismissed with prejudice as to the representative claims in that cause.

■  the plaintiff, Francine Gaillard, on behalf of herself, take nothing of the defendant, Axiom Product Administration, LLC, as to the fourth cause of action, and this action is dismissed without prejudice as to the individual claims in that cause.

This action was *(check one):*

❏ tried by a jury, the Honorable_ presiding, and the jury has rendered a verdict.  The plaintiffs _, recover from the defendant ____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Sherri A. Lydon, US District Judge, presiding.  The Court having heard and granted in part the defendant, Axiom Product Administration, LLC's, motion to dismiss and having *sua sponte* dismissed the remaining cause of action.

*ROBIN L. BLUME, CLERK OF COURT*

Date:    May 26, 2023

s/ Amanda Hilley
_____
*Signature of Clerk or Deputy Clerk*